# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: August 26, 2013 |
| Court Reporter: Janet Coppock | Time: 42 minutes |
| Probation Officer: Justin Kozak | Interpreter: n/a |

**CASE NO. 12-CR-00168-PAB-01**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Barbara Skalla |
| Plaintiff, | |
| vs. | |
| **1. JOEL ALVARDO,** | Adam Tucker |
| Defendant. | |

## SENTENCING

**2:33 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Court addresses defendant's objections to the presentence investigation report.

Page Two
12-CR-00168-PAB-1
August 26, 2013

Mr. Tucker withdraws defendant's objections to the presentence investigation report.

Argument by Ms. Skalla in support of the Government's Motion for Downward Departure.

Questions by the Court.

Comments by Mr. Tucker.

Court states its findings and conclusions.

**ORDERED:**  Government's Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1 and 18 U.S.C. § 3553(a) [Docket No. 223] is **GRANTED**.

Argument by Mr. Tucker in support of the Defendant's Motion for Variance and comments addressing sentencing.

Argument by Ms. Skalla and comments addressing sentencing.

Further argument by Mr. Tucker.

Court states its findings and conclusions.

**ORDERED:**  Defendant's Motion for Variance to Base Offense Level and Sentencing Range Pursuant to 18 U.S.C. § 3553 [Docket No. 161] is **GRANTED.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **November 20, 2012** to count **One of the Indictment.**

**ORDERED:**  Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**  Defendant shall be **imprisoned** for **66** months.

Court RECOMMENDS that the Bureau of Prisons place the defendant at **a facility in Colorado**.

**ORDERED:**  Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **5** years.

Page Three
12-CR-00168-PAB-1
August 26, 2013

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**)  Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**)  While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.
- (**X**)  Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**)  Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ( )  Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**)  Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Government's Motion Regarding U.S.S.G. Section 3E1.1(b) [Docket No. 220] is **GRANTED.**

**ORDERED:** Government's Motion to Dismiss Remaining Counts of the Indictment will be **GRANTED** upon the filing of the appropriate motion and proposed order.

**ORDERED:** Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney. Any notice of appeal must be filed within 14 days.

Page Four
12-CR-00168-PAB-1
August 26, 2013

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**3:15 p.m.    COURT IN RECESS**

**Total in court time:   42 minutes**

**Hearing concluded**